# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Kelliher,**
    **Plaintiff(s),**

**V.**

**CIVIL ACTION**

**NO. 18-10048-TSH**

**Tribe Mediterranean Foods, Inc.,**
    **Defendant(s),**

## SETTLEMENT ORDER OF DISMISSAL

**Hillman, D. J.**

The Court having been advised on    September 12, 2018   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

September 12, 2018
Date

/s/ Martin Castles
Deputy Clerk